UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK BRIMAGE,
       Petitioner,

v.

UNITED STATES OF AMERICA,
       Defendant.

CIVIL ACTION NO. 05-11612-PBS

## ORDER

October 12, 2005

Saris, U.S.D.J.

    *Pro se* Petitioner Frank Brimage asks this Court to review his case in light of <u>Shepard v. United States</u>, 125 S.Ct. 1254 (2005). Because Petitioner has not sought leave of the First Circuit to file his second habeas petition, the petition is dismissed without prejudice. 28 U.S.C. §2255.

                              /s/ Patti B. Saris
                              PATTI B. SARIS
                              United States District Judge